UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jill Otis, pro se, on behalf of K.W. | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 12-1165 |
| | ) | |
| Pontiac Police Department | ) | |
| Defendant | ) | |

ORDER

The Rule 16 conference set for 11/27 is CANCELLED. Plaintiff is proceeding pro se, purporting to represent the interests of her minor child K.W.

Pursuant to FRCP 17(c), a minor cannot sue on his own behalf; his suit must be brought by a general representative, next friend or guardian ad litem. It is beyond dispute, however, that a non-lawyer may not represent any person or entity other than himself. *Rowland v California Men's Colony*, 506 US 199, 201-03 (1993). This principle extends to non-lawyer parents seeking to represent their children; they must obtain counsel for the children. *Navin v Park Ridge School District 64*, 270 F3d 1147, 1149 (7th Cir 2001).

Plaintiff Jill Otis is therefore given until January 14, 2013, for counsel to enter an appearance. Failure to obtain counsel by that deadline may result in dismissal of this case.

The briefing schedule on the pending motion for summary judgment is VACATED; plaintiff's response to the motion for summary judgment shall be filed within 21 days after counsel has timely entered an appearance. Defendant's reply deadline is similarly extended.

ENTER this 27th day of November, 2012.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE